**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Cynthia McElroy,           : Chapter 13
                    Debtor          : Case No. 25-13419-amc

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Delaware County Tax Claim Bureau moves that the Debtor's Chapter 13 Plan be denied confirmation pursuant to 11 U.S. C. Section 1322, 1324, and 1325(a)(5), and in support thereof states:

1. Debtor Cynthia McElroy ("Debtor") filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 28, 2025.

2. The Delaware County Tax Claim Bureau ("Tax Claim Bureau") filed Proof of Claim No. 1 on September 2, 2025 for the 2023 through 2024 delinquent real estate taxes due at the Tax Claim Bureau on 16 Clover Lane, Newtown Township, Delaware County, Pennsylvania bearing folio number 30-00-00495-00 ("subject premises") listed as a secured claim in the amount of $14,404.68 with an interest rate of 9% on the entire claim. A true and correct copy of the Proof of Claim is attached hereto, made a part hereof and marked as Exhibit "A".

3. That Pennsylvania allows a tax claim bureau of a Second Class County to add nine percent (9%) interest on all delinquent real estate taxes turned over to the tax claim bureau for collection. The application of the interest charge is authorized by Section 306 of the Real Estate Tax Sale Law, Act 542 of 1947 as amended. Codified at 72 P.S. §5860.101, *et seq*.

4. The Debtor filed a Chapter 13 Plan on August 28, 2025 which pays a total of $9,500.00 to the Tax Claim Bureau for the delinquent real estate taxes due on the

1

subject premises. A true and correct copy of the Plan is attached hereto, made a part hereof and marked as Exhibit "B".

5. Debtor's Chapter 13 Plan fails to pay the Delaware County Tax Claim Bureau's secured Proof of Claim in full as required by 11 U.S.C. §§ 1322, 1324(a), and 1325(a)(5).

6. Debtor's Chapter 13 Plan fails to pay the required statutory interest on the Claim. See Exhibits "A" and "B".

7. Debtor filed Schedule J on August 28, 2025. A true and correct copy of Schedule J is attached hereto, made part hereof and marked as Exhibit "C".

8. Line 4a of Schedule J proposes to pay $0.00 in real estate taxes, average monthly expense, due on the subject premises. See Exhibit "C".

9. The Delaware County Tax Claim Bureau objects to the Confirmation of Debtor's Chapter 13 Plan as the Debtor's schedules and plan fail to pay the ongoing real estate taxes due on the subject premises. See Exhibits "B" and "C".

10. The Debtor has failed to file an Amended Chapter 13 Plan to pay the Delaware County Tax Claim Bureau's secured Claim in full as required by 11 U.S.C. § 1325(a).

**WHEREFORE**, the Delaware County Tax Claim Bureau respectfully requests this Honorable Court enter an Order denying confirmation of the Debtor's Chapter 13 Plan.

       Respectfully submitted:
**TOSCANI, STATHES & ZOELLER, LLC**

Dated: **9/2/2025**      /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for the Delaware County Tax Claim Bureau
899 Cassatt Rd, Ste 320
Berwyn, PA 19312
P (610) 647-4901
sbottiglieri@tszlegal.com