UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Cynthia McElroy,          : Chapter 13
                        Debtor     : Case No. 25-13419-amc

### DELAWARE COUNTY TAX CLAIM BUREAU'S AMENDED OBJECTION TO CONFIRMATION OF DEBTOR CYNTHIA McELROY'S AMENDED CHAPTER 13 PLAN

The Delaware County Tax Claim Bureau hereby files this Amended Objection to Confirmation of Debtor Cynthia McElroy's Amended Chapter 13 Plan pursuant to 11 U.S. C. Section 1322, 1324, and 1325(a)(5), and in support thereof states:

1. Debtor Cynthia McElroy ("Debtor") filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 28, 2025.

2. The Delaware County Tax Claim Bureau ("Tax Claim Bureau") filed Amended Proof of Claim No. 1 on March 19, 2026 for the 2023 through 2025 delinquent real estate taxes due at the Tax Claim Bureau on 16 Clover Lane, Newtown Township, Delaware County, Pennsylvania bearing folio number 30-00-00495-00 ("subject premises") listed as a secured claim in the amount of $21,380.33 with an interest rate of 9% on the entire claim ("Amended Claim"). A true and correct copy of the Amended Proof of Claim is attached hereto as Exhibit "A".

3. Pennsylvania allows a tax claim bureau of a Second Class County to add nine percent (9%) interest on all delinquent real estate taxes turned over to the tax claim bureau for collection. The application of the interest charge is authorized by Section 306 of the Real Estate Tax Sale Law, Act 542 of 1947 as amended. Codified at 72 P.S. §5860.101, *et seq.*

4. Debtor filed an Amended Chapter 13 Plan on May 4, 2026 which pays the Tax Claim

1

Bureau's Amended Proof of Claim in full. A true and correct copy of the Amended Plan is attached as Exhibit "B".

5. Debtor filed Schedule J on August 28, 2025. A true and correct copy of Schedule J is attached hereto as Exhibit "C".

6. Line 4a of Schedule J proposes to pay $0.00 in real estate taxes, average monthly expense, due on the subject premises. See Exhibit "C".

7. The Delaware County Tax Claim Bureau objects to the Confirmation of Debtor's Chapter 13 Plan as the Debtor's schedules and plan fail to pay the ongoing real estate taxes due on the subject premises. See Exhibits "A", "B", and "C".

8. Debtor has failed to file an Amended Schedule J indicating an intent and the financial capability to pay the Proof of Claim and ongoing real estate taxes due on the subject premises. See Exhibits "A" and "C".

9. Debtor has failed to file an Amended J and a corresponding Amended Chapter 13 Plan that pays the Proof of Claim and post-petition real estate taxes out of Debtor's disposable income as required by 11 U.S.C. §§ 1322 and 1325(a)(5).

10. Debtor's Schedule J and Amended Chapter 13 Plan are not filed in good faith as Debtor does not propose to pay the post-petition real estate tax obligation due on the subject premises.

11. The Tax Claim Bureau objects to the treatment of real estate taxes as set forth in Debtor's Schedules and Amended Plan. See Exhibits "B" and "C".

12. The Tax Claim Bureau objects to the treatment proposed by Schedule J and the Amended Plan. 11 U.S.C. § 1324.

13. The Tax Claim Bureau objects to confirmation of Debtor's Amended Plan as the

2

Amended Plan fails to provide for the payment of the post-petition secured real estate tax obligations due on the subject premises. See Exhibits "B" and "C".

**WHEREFORE**, the Delaware County Tax Claim Bureau respectfully requests this Honorable Court enter an Order denying confirmation of the Debtor's Amended Chapter 13 Plan.

Respectfully submitted:
**TOSCANI, STATHES & ZOELLER, LLC**

Dated: **5/12/2026**

_/s/ Stephen V. Bottiglieri_
Stephen V. Bottiglieri, Esquire
Attorney for the Delaware County Tax Claim Bureau
899 Cassatt Rd, Ste 320
Berwyn, PA 19312
P (610) 647-4901
sbottiglieri@tszlegal.com

3

**EXHIBIT "A"**

**Fill in this information to identify the case:**

Debtor 1    Cynthia McElroy

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number  25-13419-amc

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Delaware County Tax Claim Bureau
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Delaware County Tax Claim Bureau
Name

201 W. Front Street
Number    Street

Media          PA          19063
City          State          ZIP Code

Contact phone

Contact email

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City          State          ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known) 1

Filed on  09/02/2025
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing?

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9  5  0  0 |
| 7. How much is the claim? | $_____21,380.33 . **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>2023-2025 real estate taxes |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes.   The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☑ Other. Describe:    16 Clover Ln, Newtown Square, PA/30-00-00495-00<br><br>**Basis for perfection:**    2023-2025 Real Estate Taxes<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $    487,582.80<br>**Amount of the claim that is secured:**    $    21,380.33<br><br>**Amount of the claim that is unsecured:** $_____0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $    16,689.67<br><br>**Annual Interest Rate** (when case was filed)__9.00__%<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                                    **Proof of Claim**                                    page 2

Casse 225-13419-amc Doai201 Filed 063/2926 Entered 05/12/26 16:24:24 Page 3 of 12
Document   Page 7 of 28

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | Amount entitled to priority |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ | Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ | Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor. |
| | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03/19/2026
MM / DD / YYYY

/s/ Stephen V. Bottiglieri
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Stephen V. Bottiglieri, Esquire | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney for Creditor | | |
| Company | Toscani, Stathes & Zoeller, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 899 Cassatt Rd, Ste 320 | | |
| | Number   Street | | |
| | Berwyn | PA | 19312 |
| | City | State | ZIP Code |
| Contact phone | 610-647-4901 | Email | sbottiglieri@tszlegal.com |



**DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT**     DT520PADEL
Rev. 01/18

Delq Year :  2023          Type:  ANNUAL          Cert :
Parcel No :  30-00-00495-00
Owner1  :  MCELROY CYNTHIA MARIA          Owner2 :

Property Location :  16 CLOVER LN               Desc :  1 1/2 STY HSE
            Date : 08/28/2025          Balance Due as of :  08/2025

### DELINQUENT REAL ESTATE TAXES

|  |  | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| COUNTY | CHG | 840.38 | 84.04 | 124.80 | 1,049.22 |
| ASSMT: 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 840.38 | 84.04 | 124.80 | 1,049.22 |
| SCHOOL | CHG | 3,091.21 | 309.12 | 459.04 | 3,859.37 |
| ASSMT 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 3,091.21 | 309.12 | 459.04 | 3,859.37 |
| MUNICIPALITY | CHG | 504.01 | 50.40 | 74.85 | 629.26 |
| ASSMT: 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 504.01 | 50.40 | 74.85 | 629.26 |
| COST | CHG | 284.00 | 0.00 | 0.00 | 284.00 |
|  | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 284.00 | 0.00 | 0.00 | 284.00 |
| TOTAL | CHG | 4,719.60 | 443.56 | 658.69 | 5,821.85 |
|  | PAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 4,719.60 | 443.56 | 658.69 | 5,821.85 |



## DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT    DT520PADEL
Rev. 01/18

Delq Year : 2024         Type:  ANNUAL        Cert :
Parcel No : 30-00-00495-00
Owner1   :   MCELROY CYNTHIA MARIA                     Owner2 :
Property Location  :  16 CLOVER LN
                Date : 08/28/2025          Desc :  1 1/2 STY HSE
                              Balance Due as of :   08/2025

### DELINQUENT REAL ESTATE TAXES

|  |  | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| **COUNTY** | CHG | 882.41 | 88.24 | 43.68 | 1,014.33 |
| ASSMT: 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 882.41 | 88.24 | 43.68 | 1,014.33 |
| **SCHOOL** | CHG | 3,179.82 | 317.98 | 157.40 | 3,655.20 |
| ASSMT 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 3,179.82 | 317.98 | 157.40 | 3,655.20 |
| **MUNICIPALITY** | CHG | 536.90 | 53.69 | 26.58 | 617.17 |
| ASSMT: 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 536.90 | 53.69 | 26.58 | 617.17 |
| **COST** | CHG | 64.00 | 0.00 | 0.00 | 64.00 |
|  | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 64.00 | 0.00 | 0.00 | 64.00 |
| **TOTAL** | CHG | 4,663.13 | 459.91 | 227.66 | 5,350.70 |
|  | PAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 4,663.13 | 459.91 | 227.66 | 5,350.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim Amount | 11172.55 | 3232.13 | **14404.68** | | | | |
| Interest Rate | 9% | | | | | | |
| Months | 60 | | | | | | |
| Payments | 231.92 | | | | | | |

| Payment number | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 1 | 11172.55 | 0 | -83.79 | 83.79 | -83.79 | 83.79 | 11256.34 |
| 2 | 11256.34 | 231.92 | 147.5 | 84.42 | 63.71 | 168.21 | 11108.84 |
| 3 | 11108.84 | 231.92 | 148.6 | 83.32 | 212.31 | 251.53 | 10960.24 |
| 4 | 10960.24 | 231.92 | 149.72 | 82.2 | 362.03 | 333.73 | 10810.52 |
| 5 | 10810.52 | 231.92 | 150.84 | 81.08 | 512.87 | 414.81 | 10659.68 |
| 6 | 10659.68 | 231.92 | 151.97 | 79.95 | 664.84 | 494.76 | 10507.71 |
| 7 | 10507.71 | 231.92 | 153.11 | 78.81 | 817.95 | 573.57 | 10354.6 |
| 8 | 10354.6 | 231.92 | 154.26 | 77.66 | 972.21 | 651.23 | 10200.34 |
| 9 | 10200.34 | 231.92 | 155.42 | 76.5 | 1127.63 | 727.73 | 10044.92 |
| 10 | 10044.92 | 231.92 | 156.58 | 75.34 | 1284.21 | 803.07 | 9888.34 |
| 11 | 9888.34 | 231.92 | 157.76 | 74.16 | 1441.97 | 877.23 | 9730.58 |
| 12 | 9730.58 | 231.92 | 158.94 | 72.98 | 1600.91 | 950.21 | 9571.64 |
| 13 | 9571.64 | 231.92 | 160.13 | 71.79 | 1761.04 | 1022 | 9411.51 |
| 14 | 9411.51 | 231.92 | 161.33 | 70.59 | 1922.37 | 1092.59 | 9250.18 |
| 15 | 9250.18 | 231.92 | 162.54 | 69.38 | 2084.91 | 1161.97 | 9087.64 |
| 16 | 9087.64 | 231.92 | 163.76 | 68.16 | 2248.67 | 1230.13 | 8923.88 |
| 17 | 8923.88 | 231.92 | 164.99 | 66.93 | 2413.66 | 1297.06 | 8758.89 |
| 18 | 8758.89 | 231.92 | 166.23 | 65.69 | 2579.89 | 1362.75 | 8592.66 |
| 19 | 8592.66 | 231.92 | 167.48 | 64.44 | 2747.37 | 1427.19 | 8425.18 |
| 20 | 8425.18 | 231.92 | 168.73 | 63.19 | 2916.1 | 1490.38 | 8256.45 |
| 21 | 8256.45 | 231.92 | 170 | 61.92 | 3086.1 | 1552.3 | 8086.45 |
| 22 | 8086.45 | 231.92 | 171.27 | 60.65 | 3257.37 | 1612.95 | 7915.18 |
| 23 | 7915.18 | 231.92 | 172.56 | 59.36 | 3429.93 | 1672.31 | 7742.62 |
| 24 | 7742.62 | 231.92 | 173.85 | 58.07 | 3603.78 | 1730.38 | 7568.77 |
| 25 | 7568.77 | 231.92 | 175.15 | 56.77 | 3778.93 | 1787.15 | 7393.62 |
| 26 | 7393.62 | 231.92 | 176.47 | 55.45 | 3955.4 | 1842.6 | 7217.15 |
| 27 | 7217.15 | 231.92 | 177.79 | 54.13 | 4133.19 | 1896.73 | 7039.36 |
| 28 | 7039.36 | 231.92 | 179.12 | 52.8 | 4312.31 | 1949.53 | 6860.24 |
| 29 | 6860.24 | 231.92 | 180.47 | 51.45 | 4492.78 | 2000.98 | 6679.77 |
| 30 | 6679.77 | 231.92 | 181.82 | 50.1 | 4674.6 | 2051.08 | 6497.95 |
| 31 | 6497.95 | 231.92 | 183.19 | 48.73 | 4857.79 | 2099.81 | 6314.76 |
| 32 | 6314.76 | 231.92 | 184.56 | 47.36 | 5042.35 | 2147.17 | 6130.2 |
| 33 | 6130.2 | 231.92 | 185.94 | 45.98 | 5228.29 | 2193.15 | 5944.26 |
| 34 | 5944.26 | 231.92 | 187.34 | 44.58 | 5415.63 | 2237.73 | 5756.92 |
| 35 | 5756.92 | 231.92 | 188.74 | 43.18 | 5604.37 | 2280.91 | 5568.18 |
| 36 | 5568.18 | 231.92 | 190.16 | 41.76 | 5794.53 | 2322.67 | 5378.02 |
| 37 | 5378.02 | 231.92 | 191.58 | 40.34 | 5986.11 | 2363.01 | 5186.44 |

| 38 | 5186.44 | 231.92 | 193.02 | 38.9 | 6179.13 | 2401.91 | 4993.42 |
| 39 | 4993.42 | 231.92 | 194.47 | 37.45 | 6373.6 | 2439.36 | 4798.95 |
| 40 | 4798.95 | 231.92 | 195.93 | 35.99 | 6569.53 | 2475.35 | 4603.02 |
| 41 | 4603.02 | 231.92 | 197.4 | 34.52 | 6766.93 | 2509.87 | 4405.62 |
| 42 | 4405.62 | 231.92 | 198.88 | 33.04 | 6965.81 | 2542.91 | 4206.74 |
| 43 | 4206.74 | 231.92 | 200.37 | 31.55 | 7166.18 | 2574.46 | 4006.37 |
| 44 | 4006.37 | 231.92 | 201.87 | 30.05 | 7368.05 | 2604.51 | 3804.5 |
| 45 | 3804.5 | 231.92 | 203.39 | 28.53 | 7571.44 | 2633.04 | 3601.11 |
| 46 | 3601.11 | 231.92 | 204.91 | 27.01 | 7776.35 | 2660.05 | 3396.2 |
| 47 | 3396.2 | 231.92 | 206.45 | 25.47 | 7982.8 | 2685.52 | 3189.75 |
| 48 | 3189.75 | 231.92 | 208 | 23.92 | 8190.8 | 2709.44 | 2981.75 |
| 49 | 2981.75 | 231.92 | 209.56 | 22.36 | 8400.36 | 2731.8 | 2772.19 |
| 50 | 2772.19 | 231.92 | 211.13 | 20.79 | 8611.49 | 2752.59 | 2561.06 |
| 51 | 2561.06 | 231.92 | 212.71 | 19.21 | 8824.2 | 2771.8 | 2348.35 |
| 52 | 2348.35 | 231.92 | 214.31 | 17.61 | 9038.51 | 2789.41 | 2134.04 |
| 53 | 2134.04 | 231.92 | 215.91 | 16.01 | 9254.42 | 2805.42 | 1918.13 |
| 54 | 1918.13 | 231.92 | 217.53 | 14.39 | 9471.95 | 2819.81 | 1700.6 |
| 55 | 1700.6 | 231.92 | 219.17 | 12.75 | 9691.12 | 2832.56 | 1481.43 |
| 56 | 1481.43 | 231.92 | 220.81 | 11.11 | 9911.93 | 2843.67 | 1260.62 |
| 57 | 1260.62 | 231.92 | 222.47 | 9.45 | 10134.4 | 2853.12 | 1038.15 |
| 58 | 1038.15 | 231.92 | 224.13 | 7.79 | 10358.53 | 2860.91 | 814.02 |
| 59 | 814.02 | 231.92 | 225.81 | 6.11 | 10584.34 | 2867.02 | 588.21 |
| 60 | 588.21 | 231.92 | 227.51 | 4.41 | 10811.85 | 2871.43 | 360.7 |

360.7

Total Interest **3232.13**



DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT          DT520PADEL
Rev. 01/18

Delq Year : 2025                  Type: ANNUAL          Cert :
Parcel No : 30-00-00495-00
Owner1  :  MCELROY CYNTHIA MARIA                  Owner2 :

Property Location : 16 CLOVER LN                  Desc : 1 1/2 STY HSE
              Date : 03/11/2026              Balance Due as of :  03/2026

**DELINQUENT REAL ESTATE TAXES**

| | | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| **COUNTY** | CHG | 1,085.29 | 108.53 | 8.95 | 1,202.77 |
| ASSMT: 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 1,085.29 | 108.53 | 8.95 | 1,202.77 |
| **SCHOOL** | CHG | 3,272.59 | 327.26 | 27.00 | 3,626.85 |
| ASSMT 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 3,272.59 | 327.26 | 27.00 | 3,626.85 |
| **MUNICIPALITY** | CHG | 562.60 | 56.26 | 4.64 | 623.50 |
| ASSMT: 280220 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 562.60 | 56.26 | 4.64 | 623.50 |
| **COST** | CHG | 64.00 | 0.00 | 0.00 | 64.00 |
| | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 64.00 | 0.00 | 0.00 | 64.00 |
| **TOTAL** | CHG | 4,984.48 | 492.05 | 40.59 | 5,517.12 |
| | PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | NET | 4,984.48 | 492.05 | 40.59 | 5,517.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim Amount | 5517.12 | | 1458.53 | **6975.65** | | | |
| Interest Rate | 9% | | | | | | |
| Months | 54 | | | | | | |
| Payments | 124.63 | | | | | | |

| Payment number | Beginning Balance | Payment | Principal | Interest | Cumulative Principal | Cumulative Interest | Ending Balance |
|---|---|---|---|---|---|---|---|
| 1 | 5517.12 | 0 | -41.38 | 41.38 | -41.38 | 41.38 | 5558.5 |
| 2 | 5558.5 | 124.63 | 82.94 | 41.69 | 41.56 | 83.07 | 5475.56 |
| 3 | 5475.56 | 124.63 | 83.56 | 41.07 | 125.12 | 124.14 | 5392 |
| 4 | 5392 | 124.63 | 84.19 | 40.44 | 209.31 | 164.58 | 5307.81 |
| 5 | 5307.81 | 124.63 | 84.82 | 39.81 | 294.13 | 204.39 | 5222.99 |
| 6 | 5222.99 | 124.63 | 85.46 | 39.17 | 379.59 | 243.56 | 5137.53 |
| 7 | 5137.53 | 124.63 | 86.1 | 38.53 | 465.69 | 282.09 | 5051.43 |
| 8 | 5051.43 | 124.63 | 86.74 | 37.89 | 552.43 | 319.98 | 4964.69 |
| 9 | 4964.69 | 124.63 | 87.39 | 37.24 | 639.82 | 357.22 | 4877.3 |
| 10 | 4877.3 | 124.63 | 88.05 | 36.58 | 727.87 | 393.8 | 4789.25 |
| 11 | 4789.25 | 124.63 | 88.71 | 35.92 | 816.58 | 429.72 | 4700.54 |
| 12 | 4700.54 | 124.63 | 89.38 | 35.25 | 905.96 | 464.97 | 4611.16 |
| 13 | 4611.16 | 124.63 | 90.05 | 34.58 | 996.01 | 499.55 | 4521.11 |
| 14 | 4521.11 | 124.63 | 90.72 | 33.91 | 1086.73 | 533.46 | 4430.39 |
| 15 | 4430.39 | 124.63 | 91.4 | 33.23 | 1178.13 | 566.69 | 4338.99 |
| 16 | 4338.99 | 124.63 | 92.09 | 32.54 | 1270.22 | 599.23 | 4246.9 |
| 17 | 4246.9 | 124.63 | 92.78 | 31.85 | 1363 | 631.08 | 4154.12 |
| 18 | 4154.12 | 124.63 | 93.47 | 31.16 | 1456.47 | 662.24 | 4060.65 |
| 19 | 4060.65 | 124.63 | 94.18 | 30.45 | 1550.65 | 692.69 | 3966.47 |
| 20 | 3966.47 | 124.63 | 94.88 | 29.75 | 1645.53 | 722.44 | 3871.59 |
| 21 | 3871.59 | 124.63 | 95.59 | 29.04 | 1741.12 | 751.48 | 3776 |
| 22 | 3776 | 124.63 | 96.31 | 28.32 | 1837.43 | 779.8 | 3679.69 |
| 23 | 3679.69 | 124.63 | 97.03 | 27.6 | 1934.46 | 807.4 | 3582.66 |
| 24 | 3582.66 | 124.63 | 97.76 | 26.87 | 2032.22 | 834.27 | 3484.9 |
| 25 | 3484.9 | 124.63 | 98.49 | 26.14 | 2130.71 | 860.41 | 3386.41 |
| 26 | 3386.41 | 124.63 | 99.23 | 25.4 | 2229.94 | 885.81 | 3287.18 |
| 27 | 3287.18 | 124.63 | 99.98 | 24.65 | 2329.92 | 910.46 | 3187.2 |
| 28 | 3187.2 | 124.63 | 100.73 | 23.9 | 2430.65 | 934.36 | 3086.47 |
| 29 | 3086.47 | 124.63 | 101.48 | 23.15 | 2532.13 | 957.51 | 2984.99 |
| 30 | 2984.99 | 124.63 | 102.24 | 22.39 | 2634.37 | 979.9 | 2882.75 |
| 31 | 2882.75 | 124.63 | 103.01 | 21.62 | 2737.38 | 1001.52 | 2779.74 |
| 32 | 2779.74 | 124.63 | 103.78 | 20.85 | 2841.16 | 1022.37 | 2675.96 |
| 33 | 2675.96 | 124.63 | 104.56 | 20.07 | 2945.72 | 1042.44 | 2571.4 |
| 34 | 2571.4 | 124.63 | 105.34 | 19.29 | 3051.06 | 1061.73 | 2466.06 |
| 35 | 2466.06 | 124.63 | 106.13 | 18.5 | 3157.19 | 1080.23 | 2359.93 |
| 36 | 2359.93 | 124.63 | 106.93 | 17.7 | 3264.12 | 1097.93 | 2253 |
| 37 | 2253 | 124.63 | 107.73 | 16.9 | 3371.85 | 1114.83 | 2145.27 |

| 38 | 2145.27 | 124.63 | 108.54 | 16.09 | 3480.39 | 1130.92 | 2036.73 |
| 39 | 2036.73 | 124.63 | 109.35 | 15.28 | 3589.74 | 1146.2 | 1927.38 |
| 40 | 1927.38 | 124.63 | 110.17 | 14.46 | 3699.91 | 1160.66 | 1817.21 |
| 41 | 1817.21 | 124.63 | 111 | 13.63 | 3810.91 | 1174.29 | 1706.21 |
| 42 | 1706.21 | 124.63 | 111.83 | 12.8 | 3922.74 | 1187.09 | 1594.38 |
| 43 | 1594.38 | 124.63 | 112.67 | 11.96 | 4035.41 | 1199.05 | 1481.71 |
| 44 | 1481.71 | 124.63 | 113.52 | 11.11 | 4148.93 | 1210.16 | 1368.19 |
| 45 | 1368.19 | 124.63 | 114.37 | 10.26 | 4263.3 | 1220.42 | 1253.82 |
| 46 | 1253.82 | 124.63 | 115.23 | 9.4 | 4378.53 | 1229.82 | 1138.59 |
| 47 | 1138.59 | 124.63 | 116.09 | 8.54 | 4494.62 | 1238.36 | 1022.5 |
| 48 | 1022.5 | 124.63 | 116.96 | 7.67 | 4611.58 | 1246.03 | 905.54 |
| 49 | 905.54 | 124.63 | 117.84 | 6.79 | 4729.42 | 1252.82 | 787.7 |
| 50 | 787.7 | 124.63 | 118.72 | 5.91 | 4848.14 | 1258.73 | 668.98 |
| 51 | 668.98 | 124.63 | 119.61 | 5.02 | 4967.75 | 1263.75 | 549.37 |
| 52 | 549.37 | 124.63 | 120.51 | 4.12 | 5088.26 | 1267.87 | 428.86 |
| 53 | 428.86 | 124.63 | 121.41 | 3.22 | 5209.67 | 1271.09 | 307.45 |
| 54 | 307.45 | 124.63 | 122.32 | 2.31 | 5331.99 | 1273.4 | 185.13 |
| | | | | | | 185.13 | |

Total Interest  **1458.53**

L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    **Cynthia McElroy**                  :          **Chapter 13**

                                               :

          **Debtor**                           :          **Bky. No.   25-13419-amc**

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, <u>Stephen V. Bottiglieri</u>, certify that on <u>March 19, 2026,</u> I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Proof of Claim

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  <u>March 19, 2026</u>

/s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esq. No. 87343
Toscani, Stathes & Zoeller, LLC
899 Cassatt Road, Suite 320
Berwyn, PA 19312
(610) 647-4901
sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Cynthia McElroy
Address 16 Clover Lane, Newtown Square, PA 19073
Relationship of Party Debtor
Via:        CM/ECF      X 1st Class Mail      Certified Mail      e-mail:
Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Kenneth E. West, Esquire
Address 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party Chapter 13 Standing Trustee
Via:        X CM/ECF      1st Class Mail        Certified Mail        e-mail:
Other:

Name  Office of the United States Trustee
Address Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party United States Trustee
Via:        X CM/ECF      1st Class Mail        Certified Mail        e-mail:
Other:

Name: Brad J. Sadek, Esquire
Address: 1500 JFK Blvd, Suite 220, Philadelphia, PA 19102
Relationship of Party: Counsel to Debtor
Via:        X CM/ECF      1st Class Mail        Certified Mail        e-mail:
Other:

Name
Address
Relationship of Party
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
           Other:

Name
Address
Relationship of Party
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
           Other:

**EXHIBIT "B"**

L.B.F. 3015.1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: **Cynthia M McElroy**                                    Chapter 13

                    Debtor(s)                         Case No.  **25-13419 AMC**

## First Amended Chapter 13 Plan

☐ Original

☒  **First Amended Plan**

Date:  **May 4, 2026**

**THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE**

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. **ANYONE WHO WISHES TO OPPOSE ANY PROVISION OF THIS PLAN MUST FILE A WRITTEN OBJECTION** in accordance with Bankruptcy Rule 3015 and Local Rule 3015-4. **This Plan may be confirmed and become binding, unless a written objection is filed.**

**IN ORDER TO RECEIVE A DISTRIBUTION UNDER THE PLAN, YOU
MUST FILE A PROOF OF CLAIM BY THE DEADLINE STATED IN THE
NOTICE OF MEETING OF CREDITORS.**

| Part 1: Bankruptcy Rule 3015.1(c)  Disclosures |
|---|

☐              Plan contains non-standard or additional provisions – see Part 9

☒              Plan limits the amount of secured claim(s) based on value of collateral and/or changed interest rate – see Part 4

☐              Plan avoids a security interest or lien – see Part 4 and/or Part 9

| Part 2: Plan Payment, Length and Distribution – PARTS 2(c) & 2(e) MUST BE COMPLETED IN EVERY CASE |
|---|

**§ 2(a) Plan payments (For Initial and Amended Plans):**

**Total Length of Plan: 60 months.**
**Total Base Amount** to be paid to the Chapter 13 Trustee ("Trustee") $ **59,962.00**
Debtor shall pay the Trustee $_____ per month for __ months; and then
Debtor shall pay the Trustee $_____ per month for the remaining _____ months.

**or**

Debtor shall have already paid the Trustee $ **2,450.00** through month number **8** and then shall pay the Trustee $ **1,106.00** per month for the remaining **52** months, beginning with the payment due **May 28, 2026.**

☐ Other changes in the scheduled plan payment are set forth in § 2(d)

**§ 2(b) Debtor shall make plan payments to the Trustee from the following sources in addition to future wages (Describe source, amount and date when funds are available, if known):**

**§ 2(c) Alternative treatment of secured claims:**

(12/2024)                                    1

☒ **None.** If "None" is checked, the rest of § 2(c) need not be completed.

☐ **Sale of real property**
See § 7(c) below for detailed description

☐ **Loan modification with respect to mortgage encumbering property:**
See § 4(f) below for detailed description

**§ 2(d) Other information that may be important relating to the payment and length of Plan:**

**§ 2(e) Estimated Distribution**

| | | | |
|---|---|---|---|
| A. | Total Administrative Fees (Part 3) | | |
| | 1. Postpetition attorney's fees and costs | $ | 3,225.00 |
| | 2. Postconfirmation Supplemental attorney's fee's and costs | $ | 0.00 |
| | Subtotal | $ | 3,225.00 |
| B. | Other Priority Claims (Part 3) | $ | 0.00 |
| C. | Total distribution to cure defaults (§ 4(b)) | $ | 0.00 |
| D. | Total distribution on secured claims (§§ 4(c) &(d)) | $ | 39,436.04 |
| E. | Total distribution on general unsecured claims (Part 5) | $ | 11,282.00 |
| | Subtotal | $ | 53,943.04 |
| F. | Estimated Trustee's Commission | $ | 10% |
| G. | Base Amount | $ | 59,962.00 |

**§2 (f) Allowance of Compensation Pursuant to L.B.R. 2016-3(a)(2)**

☒ **By checking this box, Debtor's counsel certifies that the information contained in Counsel's Disclosure of Compensation [Form B2030] is accurate, qualifies counsel to receive compensation pursuant to L.B.R. 2016-3(a)(2), and requests this Court approve counsel's compensation in the total amount of $ 5,335.00  with the Trustee distributing to counsel the amount stated in §2(e)A.1. of the Plan. Confirmation of the plan shall constitute allowance of the requested compensation.**

**Part 3: Priority Claims**

**§ 3(a) Except as provided in § 3(b) below, all allowed priority claims will be paid in full unless the creditor agrees otherwise:**

| Creditor | Proof of Claim Number | Type of Priority | Amount to be Paid by Trustee |
|---|---|---|---|
| Brad Sadek | | Attorney Fee | $ 3,225.00 |

**§ 3(b) Domestic Support obligations assigned or owed to a governmental unit and paid less than full amount.**

☒ **None.** If "None" is checked, the rest of § 3(b) need not be completed.

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 2(a) be for a term of 60 months; see 11 U.S.C. § 1322(a)(4).*

| Name of Creditor | Proof of Claim Number | Amount to be Paid by Trustee |
|---|---|---|
| | | |

(12/2024)                              2

**Part 4: Secured Claims**

### § 4(a) Secured Claims Receiving No Distribution from the Trustee:

☒        **None.** If "None" is checked, the rest of § 4(a) need not be completed.

| Creditor | Proof of Claim Number | Secured Property |
|---|---|---|
| ☐ If checked, the creditor(s) listed below will receive no distribution from the trustee and the parties' rights will be governed by agreement of the parties and applicable nonbankruptcy law. | | |

### § 4(b) Curing default and maintaining payments

☒        **None.** If "None" is checked, the rest of § 4(b) need not be completed.

The Trustee shall distribute an amount sufficient to pay allowed claims for prepetition arrearages; and, Debtor shall pay directly to creditor monthly obligations falling due after the bankruptcy filing in accordance with the parties' contract.

| Creditor | Proof of Claim Number | Description of Secured Property and Address, if real property | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

### § 4(c) Allowed secured claims to be paid in full: based on proof of claim or pre-confirmation determination of the amount, extent or validity of the claim

☐        **None.** If "None" is checked, the rest of § 4(c) need not be completed.

(1) Allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

(2) If necessary, a motion, objection and/or adversary proceeding, as appropriate, will be filed to determine the amount, extent or validity of the allowed secured claim and the court will make its determination prior to the confirmation hearing.

(3) Any amounts determined to be allowed unsecured claims will be treated either: (A) as a general unsecured claim under Part 5 of the Plan or (B) as a priority claim under Part 3, as determined by the court.

(4) In addition to payment of the allowed secured claim, "present value" interest pursuant to 11 U.S.C. § 1325(a) (5) (B) (ii) will be paid at the rate and in the amount listed below. *If the claimant included a different interest rate or amount for "present value" interest in its proof of claim or otherwise disputes the amount provided for "present value" interest, the claimant must file an objection to confirmation.*

(5) Upon completion of the Plan, payments made under this section satisfy the allowed secured claim and release the corresponding lien.

| Name of Creditor | Proof of Claim Number | Description of Secured Property | Allowed Secured Claim | Present Value Interest Rate | Dollar Amount of Present Value Interest | Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|
| Delaware County Tax Claim Bureau | Claim No. 1-2 | 16 Clover Lane Newtown Square, PA 19073 | $21,380.33 | 9.00% | $4,326.03 | $25,706.36 |
| Pennsylvania Department of Revenue | Claim No. 2-1 | 16 Clover Lane Newtown Square, PA 19073 | $11,419.15 | 9.00% | $2,310.53 | $13,729.68 |

### § 4(d) Allowed secured claims to be paid in full that are excluded from 11 U.S.C. § 506

☒        **None**. If "None" is checked, the rest of § 4(d) need not be completed.

The claims below were either (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

(1) The allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

(2) In addition to payment of the allowed secured claim, "present value" interest pursuant to 11 U.S.C. § 1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below. *If the claimant included a different interest rate or amount for "present value" interest in its*

(12/2024)                                                    3

*proof of claim, the court will determine the present value interest rate and amount at the confirmation hearing.*

| Name of Creditor | Proof of Claim Number | Description of Secured Property | Allowed Secured Claim | Present Value Interest Rate | Dollar Amount of Present Value Interest | Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**§ 4(e) Surrender**

☒ **None.** If "None" is checked, the rest of § 4(e) need not be completed.

☐ (1) Debtor elects to surrender the secured property listed below that secures the creditor's claim.

(2) The automatic stay under 11 U.S.C. § 362(a) and 1301(a) with respect to the secured property terminates upon confirmation of the Plan.

(3) The Trustee shall make no payments to the creditors listed below on their secured claims.

| Creditor | Proof of Claim Number | Secured Property |
|---|---|---|
|  |  |  |

**§ 4(f) Loan Modification**

☒ **None**. If "None" is checked, the rest of § 4(f) need not be completed.

(1) Debtor shall pursue a loan modification directly with \_\_\_\_\_ or its successor in interest or its current servicer ("Mortgage Lender"), in an effort to bring the loan current and resolve the secured arrearage claim.

(2) During the modification application process, Debtor shall make adequate protection payments directly to Mortgage Lender in the amount of \_\_\_\_\_ per month, which represents \_\_\_\_\_ *(describe basis of adequate protection payment)*. Debtor shall remit the adequate protection payments directly to the Mortgage Lender.

(3) If the modification is not approved by \_\_\_\_\_ (date), Debtor shall either (A) file an amended Plan to otherwise provide for the allowed claim of the Mortgage Lender; or (B) Mortgage Lender may seek relief from the automatic stay with regard to the collateral and Debtor will not oppose it.

## Part 5:General Unsecured Claims

**§ 5(a) Separately classified allowed unsecured non-priority claims**

☒ **None.** If "None" is checked, the rest of § 5(a) need not be completed.

| Creditor | Proof of Claim Number | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**§ 5(b) Timely filed unsecured non-priority claims**

(1) Liquidation Test *(check one box)*

☐ All Debtor(s) property is claimed as exempt.

☒ Debtor(s) has non-exempt property valued at $ **400,000.00** for purposes of § 1325(a)(4) and plan provides for distribution of $ **11,282.00** to allowed priority and unsecured general creditors.

(2) Funding: § 5(b) claims to be paid as follow**s** *(check one box)***:**

☐ Pro rata

☒ 100%

☐ Other (Describe)

## Part 6: Executory Contracts & Unexpired Leases

☒ **None.** If "None" is checked, the rest of § 6 need not be completed.

(12/2024)                                                   4

| Creditor | Proof of Claim Number | Nature of Contract or Lease | Treatment by Debtor Pursuant to §365(b) |
|---|---|---|---|
|  |  |  |  |

## Part 7: Other Provisions

**§ 7(a) General principles applicable to the Plan**

(1) Vesting of Property of the Estate *(check one box)*

☒ Upon confirmation

☐ Upon discharge

(2) Subject to Bankruptcy Rule 3012 and 11 U.S.C. §1322(a)(4), the amount of a creditor's claim listed in its proof of claim controls over any contrary amounts listed in Parts 3, 4 or 5 of the Plan. Debtor shall amend the plan or file an objection should a filed unsecured claim render the Plan unfeasible.

(3) Post-petition contractual payments under § 1322(b)(5) and adequate protection payments under § 1326(a)(1)(B), (C) shall be disbursed to the creditors by the debtor directly. All other disbursements to creditors shall be made by the Trustee.

(4) If Debtor is successful in obtaining a recovery in a personal injury or other litigation in which Debtor is the plaintiff, before the completion of plan payments, any such recovery in excess of any applicable exemption will be paid to the Trustee as a special Plan payment to the extent necessary to pay priority and general unsecured creditors, or as agreed by the Debtor and the Trustee and approved by the court.

**§ 7(b) Affirmative duties on holders of claims secured by a security interest in debtor's principal residence**

(1) Apply the payments received from the Trustee on the pre-petition arrearage, if any, only to such arrearage.

(2) Apply the post-petition monthly mortgage payments made by the Debtor to the post-petition mortgage obligations as provided for by the terms of the underlying mortgage note.

(3) Treat the pre-petition arrearage as contractually current upon confirmation for the Plan for the sole purpose of precluding the imposition of late payment charges or other default-related fees and services based on the pre-petition default or default(s). Late charges may be assessed on post-petition payments as provided by the terms of the mortgage and note.

(4) If a secured creditor with a security interest in the Debtor's property sent regular statements to the Debtor pre-petition, and the Debtor provides for payments of that claim directly to the creditor in the Plan, the holder of the claims shall resume sending customary monthly statements.

(5) If a secured creditor with a security interest in the Debtor's property provided the Debtor with coupon books for payments prior to the filing of the petition, upon request, the creditor shall forward post-petition coupon book(s) to the Debtor after this case has been filed.

(6) Debtor waives any violation of stay claim arising from the sending of statements and coupon books as set forth above.

**§ 7(c) Sale of Real Property**

☒ **None**. If "None" is checked, the rest of § 7(c) need not be completed.

(1) Closing for the sale of _____ (the "Real Property") shall be completed within _____ months of the commencement of this bankruptcy case (the "Sale Deadline"). Unless otherwise agreed by the parties or provided by the Court, each allowed claim secured by the Real Property will be paid in full under §4(b)(1) of the Plan at the closing ("Closing Date")..

(2) The Real Property will be marketed for sale in the following manner and on the following terms:

(3) Confirmation of this Plan shall constitute an order authorizing the Debtor to pay at settlement all customary closing expenses and all liens and encumbrances, including all § 4(b) claims, as may be necessary to convey good and marketable title to the purchaser. However, nothing in this Plan shall preclude the Debtor from seeking court approval of the sale pursuant to 11 U.S.C. §363, either prior to or after confirmation of the Plan, if, in the Debtor's judgment, such approval is necessary or in order to convey insurable title or is otherwise reasonably necessary under the circumstances to implement this Plan.

(4) At the Closing, it is estimated that the amount of no less than $_____ shall be made payable to the Trustee.

(5) Debtor shall provide the Trustee with a copy of the closing settlement sheet within 24 hours of the Closing Date.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

(6) In the event that a sale of the Real Property has not been consummated by the expiration of the Sale Deadline: _____.

## Part 8: Order of Distribution

**The order of distribution of Plan payments will be as follows:**

**Level 1**: Trustee Commissions*
**Level 2**: Domestic Support Obligations
**Level 3**: Adequate Protection Payments
**Level 4**: Debtor's attorney's fees
**Level 5**: Priority claims, pro rata
**Level 6**: Secured claims, pro rata
**Level 7**: Specially classified unsecured claims
**Level 8**: General unsecured claims
**Level 9**: Untimely filed general unsecured non-priority claims to which debtor has not objected

***Percentage fees payable to the standing trustee will be paid at the rate fixed by the United States Trustee not to exceed ten (10) percent. If the Trustee's compensation rate increases resulting in the Plan becoming underfunded, the debtor shall move to modify the Plan to pay the difference.***

## Part 9: Non-Standard or Additional Plan Provisions

Under Bankruptcy Rule 3015.1(e), Plan provisions set forth below in Part 9 are effective only if the applicable box in Part 1 of this Plan is checked. Non-standard or additional plan provisions placed elsewhere in the Plan are void.

☒ **None.** If "None" is checked, the rest of Part 9 need not be completed.

## Part 10: Signatures

By signing below, attorney for Debtor(s) or unrepresented Debtor(s) certifies that this Plan contains no non-standard or additional provisions other than those in Part 9 of the Plan, and that the Debtor(s) are aware of, and consent to the terms of this Plan.

Date: **May 4, 2026**

**/s/ Brad Sadek**
**Brad Sadek**
Attorney for Debtor(s)

Date: **May 4, 2026**

**/s/ Cynthia M McElroy**
**Cynthia M McElroy**
Debtor

Date:

Joint Debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT "C"**

Fill in this information to identify your case:

Debtor 1    **Cynthia M McElroy**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.

| Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| Do not state the dependents names. | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 85.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 60.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 0.00 |
| 6d. | Other. Specify:   **Cellphone** | 6d. $ 80.00 |

Debtor 1   **Cynthia M McElroy**                                                Case number (if known) _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | **375.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **190.00** |
| 10. | **Personal care products and services** | 10. $ | **185.00** |
| 11. | **Medical and dental expenses** | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **180.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **80.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | **0.00** |
| 15b. | Health insurance | 15b. $ | **0.00** |
| 15c. | Vehicle insurance | 15c. $ | **118.00** |
| 15d. | Other insurance. Specify: | 15d. $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____                                            16. $  **0.00**

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| 17c. | Other. Specify: | 17c. $ | **0.00** |
| 17d. | Other. Specify: | 17d. $ | **0.00** |

| | | | |
|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | **0.00** |
| 20b. | Real estate taxes | 20b. $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Pet expenses** | 21. +$ | **35.00** |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **1,388.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **1,388.00** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **1,747.00** |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | **1,388.00** |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **359.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes.   | Explain here: |

L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   **Cynthia McElroy**          :          **Chapter 13**

                                      :

        **Debtor**                    :          **Bky. No.   25-13419-amc**

\*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF SERVICE

I, Stephen V. Bottiglieri, certify that on May 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection to Confirmation of Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:   May 12, 2026          /s/ Stephen V. Bottiglieri
                              Stephen V. Bottiglieri, Esq. No. 87343
                              Toscani, Stathes & Zoeller, LLC
                              899 Cassatt Road, Suite 320
                              Berwyn, PA 19312
                              (610) 647-4901
                              sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Cynthia McElroy
Address 16 Clover Lane, Newtown Square, PA 19073
Relationship of Party Debtor
Via:        CM/ECF     X 1st Class Mail     Certified Mail        e-mail:
Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Kenneth E. West, Esquire
Address 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party Chapter 13 Standing Trustee
Via:        X CM/ECF      1st Class Mail          Certified Mail          e-mail:
Other:


Name  Office of the United States Trustee
Address Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party United States Trustee
Via:        X CM/ECF      1st Class Mail          Certified Mail          e-mail:
Other:


Name: Brad J. Sadek, Esquire
Address: 1500 JFK Blvd, Suite 220, Philadelphia, PA 19102
Relationship of Party: Counsel to Debtor
Via:        X CM/ECF      1st Class Mail          Certified Mail          e-mail:
Other: